IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

KAREEM AL-JAMAL YOUNG,        )
                              )
      Petitioner,             )
                              )
vs.                           )   Case No. 7:12-cv-02473-LSC-TMP
                              )
JUDGE ROBERTS,                )
                              )
      Respondent.             )

## MEMORANDUM OPINION

    The magistrate judge filed his Report and Recommendation (doc. 12) in the above-styled cause on July 13, 2015, recommending that the § 2254 petition for writ of *habeas corpus* be denied and dismissed with prejudice. No objections to the Report and Recommendation have been filed.

    Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the report is due to be ADOPTED and the recommendation ACCEPTED. A corresponding order shall be entered contemporaneously herewith.

Done this 5th day of August 2015.

                        _____
                        L. Scott Coogler
                      United States District Judge
                                                    [160704]